WILLIAM H. SEYMOUR et al., Respondents, *v.* THE RUSSELL & ERWIN MANUFACTURING COMPANY, Impleaded, etc., Appellant.

(Submitted September 29, 1876; decided November 14, 1876.)

THIS was an action, among other things, upon a bill of exchange drawn upon defendant, the Russell & Erwin Manufacturing Company, and accepted in its name by its agent. The principal defence was want of authority in the agent. The court held that the evidence was sufficient to show a ratification by defendant with knowledge of the material facts, and so did not consider the question of actual authority.

*L. C. Ashley* and *B. F. Thurston* for the appellant.

*Henry R. Selden* for the respondents.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.